Frank J. Coumou
NV Bar Number 04577
Tanner M. Harris
NV Bar Number 11590
DE CASTROVERDE LAW GROUP
1149 S. Maryland Pkwy
Las Vegas, NV 89104
P: 702-222-9999
F: 702-383-8741
Attorneys for Defendant
ISMAEL JIMENEZ ESTRADA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-cr-269-BNW |
| Plaintiff, | **Stipulation to Amend Plea and Close Case** |
| v. | |
| ISMAEL JIMENEZ ESTRADA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Sigal Chattah, Acting United States Attorney, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America and Tanner Harris, counsel for Ismael Jimenez Estrada, that Mr. Jimenez Estrada be permitted to withdraw his guilty plea to count one of the complaint, and enter a plea of guilty to an amended count one charge of Reckless Driving with the Court imposing the sentence for the Reckless Driving charge that Mr. Jimenez Estrada already completed. The parties further stipulate that the Court vacate any further court hearings on this matter and close this case.

The Stipulation is entered into for the following reasons:

1. The Court sentenced Mr. Jimenez Estrada to (a) pay a $500 fine and $10 penalty assessment; (b) attend and complete the lower court counseling's DUI course and

Victim Impact Panel; attend and complete an eight hour online alcohol awareness course; and not violate any local, state, or federal laws.

2. Mr. Jimenez Estrada has paid the fine and completed the other conditions of his sentence.

3. In accordance with the plea agreement, the parties hereby move to allow Mr. Jimenez Estrada to withdraw his guilty plea to Count One of The Complaint, the parties move to amend Count One to a charge of Reckless Driving, and allow Mr. Jimenez Estrada to be adjudicated guilty of the amended count and sentenced in accordance with the plea agreement.

4. The parties further stipulate that further court hearings be vacated and the case be closed.

Respectfully submitted by:

| /s/ Tanner Harris | Skyler H. Pearson |
|---|---|
| TANNER HARRIS | SKYLER H. PEARSON |
| Counsel for Ismael Jimenez Estrada | Assistant United States Attorney |
| | United States Attorney's Office |

UNITED STATES DISTRICT COURT

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 2:24-cr-269-CDS-BNW |
| ) | |
| v. ) | |
| ) | |
| ISMAEL JIMENEZ ESTRADA, ) | Stipulation to Amend Plea |
| ) | and Close Case |
| Defendant. ) | |
| _____) | |

Based on the pending stipulation of counsel, and good cause appearing therefore,

IT IS HEREBY ORDERED that Mr. Jimenez Estrada's plea of GUILTY to Count One in the complaint is withdrawn;

IT IS ORDERED that Count One of the complaint is amended to RECKLESS DRIVING;

IT IS FURTHER ORDERED that Mr. Jimenez Estrada's plea of Guilty to the amended Count One of RECKLESS DRIVING is accepted, and he is sentenced as the Court has already previously sentenced him, and any future court dates are vacated, and this case closed.

DATED this __12th__ day of November 2025.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF COMPLETION

## ISMAEL JIMENEZ

For Case Number: 224-CR-00269-CDS-BNW

successfully completed the following online education course

## Low Level Drugs & Alcohol





Court Ordered Courses LLC

Issued: 2025-11-05

For official verification or inquiries by courts, attorneys, and law enforcement, contact us at: info@cocnv.com

Certificate ID: mkzsbeluds



# Certificate of Completion - $60 DUI School

**The person named below has successfully completed Certified Driving Center LLC/$60 DUI School Level 1-8 hour DUI Course. DMV License #DUI000049976**





**Name:** Ismael Jimenez Estrada

**Date of Birth:** August 25, 1993

**Judge's Name:** Daniel J. ALBREGTS

**Attorney:** De castro verde law group

**Court Case #:** 2:24-cn 269-cps-bnn

**Course Final Score:** 88.00

**Court of Jurisdiction:** US District Court

**Court Ordered Completion Date:** March 12, 2025

**Completion Date:** August 4, 2025

August 4, 2025

*Denise Langis*

Denise Langis
Lic. DUI000049976

*This document certifies that the above-named person has successfully completed the Nevada DMV licensed Level 1-8 hour DUI Course. By presenting this document to the court on his or her behalf swears under penalty of perjury that they are the individual who is required by the court to attend the DUI Course.*

Ismael Jimenez Estrada



# Victim Impact Panel
## Certificate of Completion

Name:     Ismael Jimenez Estrada

This document certifies that the above-named individual has successfully completed the 90-minute CDC Victim Impact Panel in the State of Nevada.

Date of Completion:     March 14, 2025

Case Number: 2:24-cn 269-cps-bnn

_Denise Langis_

**Signature**
Lic. DUI000049976
www.pay60dui.com
www.CertifiedDrivingCenter.com

March 14, 2025

**Date**
info@CertifiedDrivingCenter.com
Ph.# 775-562-0505
$60 DUI School

Generated: Nov 6, 2025 3:04PM                                                                                    Page 1/1

# U.S. District Court

**Nevada None - Las Vegas**

**THIS IS A COPY**

Receipt Date: Apr 25, 2025 1:32PM

ISMAEL JIMENEZ ESTRADA

Rcpt. No: 200014129          Trans. Date: Apr 25, 2025 1:32PM                Cashier ID: #CH (4391)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DNVX224CR000269 /001<br>ISMAEL JIMENEZ ESTRADA | 1 | 250.00 | 250.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| MO | Money Order | #1595 | 04/25/2025 | | $250.00 |
| | | | | Total Due Prior to Payment: | $250.00 |
| | | | | Total Tendered: | $250.00 |
| | | | | Total Cash Received: | $0.00 |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

Generated: Nov 6, 2025 3:02PM                                                                 Page 1/1

# U.S. District Court

**Nevada None - Las Vegas**

**THIS IS A COPY**

ISMAEL JIMENEZ ESTRADA                                          Receipt Date: Mar 27, 2025 2:04PM

Rcpt. No: 200013736          Trans. Date: Mar 27, 2025 2:04PM          Cashier ID: #AZ (4392)

| CD  | Purpose       | Case/Party/Defendant                         | Qty | Price  | Amt    |
|-----|---------------|----------------------------------------------|-----|--------|--------|
| 700 | Criminal Debt | DNVX224CR000269 /001<br>ISMAEL JIMENEZ ESTRADA | 1   | 250.00 | 250.00 |

| CD | Tender      |        |            | Amt      |
|----|-------------|--------|------------|----------|
| MO | Money Order | #2950  | 03/27/2025 | $250.00  |

|  |  | Total Due Prior to Payment: | $250.00 |
|--|--|-----------------------------|---------|
|  |  | Total Tendered:             | $250.00 |
|  |  | Total Cash Received:        | $0.00   |

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.

# U.S. District Court

## Nevada None - Las Vegas

**THIS IS A COPY**

Receipt Date: Aug 22, 2025 3:08PM

ISMAEL JIMENEZ ESTRADA

Rcpt. No: 200015839　　　　Trans. Date: Aug 22, 2025 3:08PM　　　　Cashier ID: #AZ (4392)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 700 | Criminal Debt | DNVX224CR000269 /001<br>ISMAEL JIMENEZ ESTRADA | 1 | 10.00 | 10.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| MO | Money Order | #0744 | 08/22/2025 | $10.00 |

Total Due Prior to Payment: $10.00

Total Tendered: $10.00

Total Cash Received: $0.00

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.